UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

COREY HILL,
DARON DALE,

      Plaintiffs,

v.

SOUTHEAST CONNECTIONS, LLC,

      Defendant.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs COREY HILL and DARON DALE bring this action against Defendant, SOUTHEAST CONNECTIONS, LLC, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs COREY HILL and DARON DALE were residents of the State of Florida and "employees" of Defendant as defined by the FLSA.

3. At all times material hereto, Defendant, SOUTHEAST CONNECTIONS, LLC, was a foreign corporation engaged in business in South Florida, engaged in commerce in the field of nautral gas pipeline construction and maintenance, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Two or more of Defendant's employees handled tools, supplies, and equipment manufactured outside Florida in furtherance of their business, including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

5. Plaintiff COREY HILL worked for Defendant as a driller and laborer.

6. Plaintiff DARON DALE worked for Defendant as a fuse fitter operator and laborer.

7. Defendant failed to pay Plaintiffs' full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rate for hours worked over 40 each week.

8. Attached as <u>Exhibit A</u> and <u>Exhibit B</u> are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

9. Defendant has knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

10. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## <u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>

12. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791